UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ATTICUS MANAGEMENT LLC

             Plaintiff,

  -against-

ATTICUS INVESTMENTS LLC,
CRESCENT FUND, LLC, JEFFERY STONE
and JANETTE DILLER STONE

             Defendants.
------------------------------------------------------------X

07 CIV 9730

Civil Action No.: 07-CV-_____ (RPP)

ECF CASE

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for ATTICUS MANAGEMENT LLC certifies that the following are corporate parents and/or publicly held corporations that own 10% or more of its stock: none.

Dated: New York, New York
       November 1, 2007

                              Respectfully Submitted,

                              KAUFMAN BORGEEST & RYAN LLP

                              By: Jonathan B. Bruno
                              Attorney for Plaintiff,
                              ATTICUS MANAGEMENT LLC
                              99 Park Avenue, 19th Floor
                              New York, New York 10016
                              Telephone No.: (212) 980-9600

653906