# Affidavit of Process Server

United States District Court Souther District of New York
*(NAME OF COURT)*

Atticus Management LLC vs. Atticus Investments, LLC    07 CIV 9730
*PLAINTIFF/PETITIONER*   *DEFENDANT/RESPONDENT*   *CASE #*
Crescent FUND, LLC : Jeffrey Stone : JANETTE DILLER-STONE

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

Service: I served Janette Diller-Stone
*NAME OF PERSON/ENTITY BEING SERVED*

with the (documents) Summons with attached documents totaling 49 pages

by serving Janette Diller Stone                     SELF
*NAME*                                              *RELATIONSHIP*

at ☒ Home 362 DAVIS Ave, Unit 3, Greenwich CT
☐ Business

on TUESDAY NOVEMBER 13th 2007                       9:15 A.M.
*DATE*                                              *TIME*

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
*DATE*

from _____
*CITY*                    *STATE*

**Manner of Service:** ☒ By personally delivering copies to the person/authorized agent of entity being served.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.
☐ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address      ☐ Evading              ☐ Moved, Left no Forwarding      ☐ Other:
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ ( ) _____ ( ) _____
                                                *DATE*  *TIME*       *DATE*  *TIME*      *DATE*  *TIME*

( ) _____ ( ) _____ ( ) _____
*DATE*  *TIME*   *DATE*  *TIME*   *DATE*  *TIME*

Description: Age: 40's Sex: F Race: W Hgt: 5'-5'4 Wgt: MED BUILD Hair: BROWN Glasses: No  BROWN EYES

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on

November 13, 2007 at Greenwich CT
*DATE*              *CITY*      *STATE*

*Catherine Harkness*
*SIGNATURE OF PROCESS SERVER*

State of _____
County of _____

subscribed and sworn before me, a notary public, this 13th day of November 2007

WITNESS MY HAND AND OFFICIAL SEAL TO _____

*NOTARY PUBLIC*

James N. Oulundsen
Notary Public
State of Connecticut
My Commission Expires
3-31-2010