Index # 07 civ 9730

Purchased/Filed: November 2, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York     U. S. District Court     Southern Dist. County

Atticus Management LLC                                             Plaintiff

against

Atticus Investments LLC, Crescent Fund, LLC; et al                 Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY    )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age: 45 Yrs.

Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White

Hair color: Brown  Other: _____

_____Robin Brandow_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___November 29, 2007___, at __11:30am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed ___Summons in a Civil Action and Complaint___ on ___Atticus Investments LLC___, the Defendant in this action, by delivering to and leaving with ___Carol Vogt___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, one (1) true copy thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40.00___ dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §304.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

29th day of     November, 2007

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice•Work Order # 0723625

State of New York - Department of State
Receipt for Service

Receipt #: 200711290144
Date of Service: 11/29/2007
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02

Cash #: 200711290140
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 304 OF THE LIMITED LIABILITY COMPANY LAW

Party Served: ATTICUS INVESTMENTS LLC

Plaintiff/Petitioner:
    ATTICUS MANAGEMENT LLC

Service of Process Address:

Secretary of State
By  CAROL VOGT