UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ATTICUS MANAGEMENT LLC,

                Civil Action No. 07 CV 9730 (RPP)

           Plaintiff,

   -against-                   **NOTICE OF MOTION**

ATTICUS INVESTMENTS LLC,
CRESCENT FUND, LLC, JEFFERY STONE
and JANETTE DILLER STONE

                Defendants.
-----------------------------------------------------------------X

     PLEASE TAKE NOTICE that, upon the accompanying declaration of Jonathan B. Bruno

and memorandum of law, both dated February 26, 2008, plaintiff will move this Court before the

Hon. Robert P. Patterson, at a time and place to be set by the Court, for a judgment by default

pursuant to Fed R. Civ. P. 55(b)(2) and Local Civil Rule 55.2(b), against defendants Atticus

Investments LLC, Crescent Fund, LLC, and Janette Diller Stone, in the form of a permanent

injunction restraining defendants from further violations of the Lanham Act, state trademark and

unfair competition law and common law and such other and further relief as this Court deems

just and proper.

Dated: New York, New York
       February 26, 2008

                         KAUFMAN BORGEEST & RYAN LLP

                         By:   Jonathan B. Bruno
                         Attorney for Plaintiff,
                         ATTICUS MANAGEMENT LLC
                         99 Park Avenue, 19th Floor
                         New York, New York 10016
                         Telephone No.: (212) 980-9600
                         KBR File No.: 125.001

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing NOTICE OF MOTION,

MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR

DEFAULT JUDGMENT, and DECLARATION OF JONATHAN B. BRUNO, was

served via REGULAR MAIL on the 26th day of February 2008 upon:

        Janette Diller Stone
        362 Davis Ave. #1
        Greenwich, CT 06830

        The Crescent Fund, LLC
        67 Wall Street, 22nd Floor
        New York, NY 10005

        The Crescent Fund, LLC
        110 Wall Street, 11th Floor
        New York, NY 10005

        Atticus Investments, LLC
        67 Wall Street, 22nd Floor
        New York, NY 10005

        Atticus Investments, LLC
        110 Wall Street, 11th Floor
        New York, NY 10005

Jonathan B. Bruno