UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ATTICUS MANAGEMENT LLC,

                Plaintiff,

-against-

ATTICUS INVESTMENTS LLC,
CRESCENT FUND, LLC, JEFFERY STONE
and JANETTE DILLER STONE

                Defendants.
-----------------------------------------------------------------X

Civil Action No. 07 CV 9730 (RPP)

**DECLARATION OF
JONATHAN B. BRUNO**

      Jonathan B. Bruno, pursuant to 28 U.S.C. §1746, declares and states under penalty of perjury as follows:

      1.    I am a partner with the firm Kaufman Borgeest & Ryan LLP, attorneys for plaintiff Atticus Management LLC ("plaintiff"). I submit this declaration in support of plaintiff's motion for judgment by default, pursuant to Fed. R. Civ. P. 55(b)(2) and Local Civil Rule 55.2(b), against defendants Atticus Investments LLC, Crescent Fund, LLC and Janette Diller Stone.

      2.    A copy of the clerk's certificate of default is annexed as Exhibit A.

      3.    A copy of the claim to which no response was made (to wit, the complaint) is annexed as Exhibit B.

      4.    Copies of the affidavits of service of the summons and complaint upon Atticus Investments LLC, Crescent Fund, LLC and Janette Diller Stone are annexed as Exhibit C.

     5.     A proposed form of default judgment is annexed as Exhibit D.

Dated: New York, New York
       February 26, 2008

                                            Respectfully Submitted,

                                            KAUFMAN BORGEEST & RYAN LLP

                                            By:    Jonathan B. Bruno
                                            Attorney for Plaintiff,
                                            ATTICUS MANAGEMENT LLC
                                            99 Park Avenue, 19th Floor
                                            New York, New York 10016
                                            (212) 980-9600
                                            File No.: 125.001