UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATTICUS MANAGEMENT LLC,

                  Plaintiff,

-against-

ATTICUS INVESTMENTS LLC,
CRESCENT FUND, LLC, JEFFERY STONE
and JANETTE DILLER STONE

                  Defendants.
------------------------------------------------------------X

Civil Action No. 07 CV 9730 (RPP)

**ORDER**

    ORDERED that the time by which Plaintiff must serve a summons and complaint upon defendant Jeffery Stone is hereby extended by sixty (60) days, up to and until April 30, 2008.

SO ORDERED

February 26 2008
New York, New York

_____
Honorable Robert P. Patterson