UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ATTICUS MANAGEMENT LLC,

                        Plaintiff,

      -against-

ATTICUS INVESTMENTS LLC,
CRESCENT FUND, LLC, JEFFERY STONE
and JANETTE DILLER STONE

                        Defendants.
-----------------------------------------------------------------X

Civil Action No. 07 CV 9730 (RPP)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying declarations of Jonathan B. Bruno, Francis X. Gray, and Catherine Harkness, as well as the memorandum of law and supporting exhibits, plaintiff will move this Court before the Hon. Robert P. Patterson, at a time and place to be set by the Court, for an order authorizing alternate service of its summons and complaint upon defendant Jeffery Stone, pursuant to Fed R. Civ. P. 4(f)(3).

Dated: New York, New York
       March 3, 2008

                                        KAUFMAN BORGEEST & RYAN LLP

                                        By:    Jonathan B. Bruno
                                        Attorney for Plaintiff,
                                        ATTICUS MANAGEMENT LLC
                                        99 Park Avenue, 19th Floor
                                        New York, New York 10016
                                        Telephone No.: (212) 980-9600
                                        KBR File No.: 125.001