```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08
```
-----------------------------------------------------------X

ATTICUS MANAGEMENT LLC,

           Plaintiff,

    -against-

ATTICUS INVESTMENTS LLC,
CRESCENT FUND, LLC, JEFFERY STONE
and JANETTE DILLER STONE

           Defendants.

-----------------------------------------------------------X

Civil Action No. 07 CV 9730 (RPP)

**JUDGMENT BY DEFAULT
AGAINST ATTICUS
INVESTMENTS LLC,
CRESCENT FUND, LLC, and
JANETTE DILLER STONE**

Upon the motion for default judgment of Plaintiff Atticus Management LLC and the supporting declaration of Jonathan B. Bruno and memorandum of law, all dated February 26, 2008 it is hereby ORDERED, that judgment be entered under Fed R. Civ. P. 55(b)(2) and Local Civil Rule 55.2(b), against defendants Atticus Investments LLC, Crescent Fund, LLC, and Janette Diller Stone, in the form of a permanent injunction restraining defendants from engaging in any activities in the fields of investment management and/or finance under the name "Atticus" in violation of the Lanham Act, state trademark and unfair competition law and common law and such other and further relief as this Court deems just and proper.

SO ORDERED:

Date: March 13, 2008

                                                                         Hon. Robert P. Patterson