# Affidavit of Service

United States District Court, Southern District of New York
(Name of Court)

Atticus Management, LLC v. Atticus Investments, LLC Crescent Fund, LLC, Jeffrey Stone & Janette Diller Stone
(Plaintiff/Petitioner)         (Defendant/Respondent)

07 CIV 9730
(Case #)

I declare that I am a citizen of the United States, over the age of eighteen and not a party in this action.

Service:    I served Jeffrey Stone with the Summons and Complaint by:

1. Mailing copies of the Summons and Complaint to Steve Kaplan, Esq., Attorney for Jeffrey Stone in an unrelated matter, via certified mail at: Rosenfeld & Kaplan, LLP, 535 Fifth Avenue, New York NY 10017 on March 20, 2008. A return receipt confirmed delivery on March 24, 2008 at 1:25 p.m.

2. E-mailing copies of the Summons and Complaint on March 27, 2008 to crescentfund@crescentfund.com from which a read receipt was sent on March 28, 2008 at 6:06 a.m. Japan local time.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

April 16, 2008    in    New York, New York
(date)                  (city)         (state)

_____
Milli Shah, Esq.

State of New York
County of New York

Subscribed and sworn before me, a notary public this __10__ day of __April__

_____
Notary Public

REGINA MASSENBERG
Notary Public, State of New York
No. 01MA6038817
Qualified in Kings County
Commission Expires April 10, 20__10__

Witness my hand and official seal to

# Affidavit of Service

United States District Court, Southern District of New York
(Name of Court)

Atticus Management, LLC v. Atticus Investments, LLC Crescent Fund, LLC, Jeffrey Stone & Janette Diller Stone
(Plaintiff/Petitioner)         (Defendant/Respondent)

07 CIV 9730
(Case #)

I declare that I am a citizen of the United States, over the age of eighteen and not a party in this action.

Service:    I served Jeffrey Stone with the Summons and Complaint by:

1. Personally serving Janille Esquilin, secretary at the offices of Rosenfeld & Kaplan, LLP, 535 Fifth Avenue, New York, NY 10017 at 12:00 p.m. on March 27, 2008 with attention to Steve Kaplan, Esq., Attorney for Jeffrey Stone in an unrelated matter.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

April 16, 2008    in    New York, New York
(date)              (city)         (state)

_____
Kadina Alanis

State of New York
County of New York

Subscribed and sworn before me, a notary public this 16th day of April

_____
Witness my hand and official seal to

MELISSA MANNING
Notary Public, State of New York
No. 02-MA6162331
Qualified in New York County
Commission Expires: March 12, 2011

_____
Notary Public