UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ATTICUS MANAGEMENT LLC,

                                Civil Action No. 07 CV 9730 (RPP)

               Plaintiff,

  -against-                                  **NOTICE OF MOTION**

ATTICUS INVESTMENTS LLC,
CRESCENT FUND, LLC, JEFFERY STONE
and JANETTE DILLER STONE

                        Defendants.
------------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the accompanying declarations of Jonathan B. Bruno, as well as the memorandum of law and supporting exhibits, plaintiff will move this Court before the Hon. Robert P. Patterson, at a time and place to be set by the Court, for a judgment pursuant to Fed R. Civ. P. 55(b)(2) and Local Civil Rule 55.2(b), against defendant Jeffery Stone.

Dated: New York, New York
       April 23, 2008

                                          KAUFMAN BORGEEST & RYAN LLP

                                          By: Jonathan B. Bruno
                                          Attorney for Plaintiff,
                                          ATTICUS MANAGEMENT LLC
                                          99 Park Avenue, 19th Floor
                                          New York, New York 10016
                                          Telephone No.: (212) 980-9600
                                          KBR File No.: 125.001