UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ATTICUS MANAGEMENT LLC,

                Plaintiff,

    -against-

ATTICUS INVESTMENTS LLC,
CRESCENT FUND, LLC, JEFFERY STONE
and JANETTE DILLER STONE

                Defendants.
-------------------------------------------------------------------X

Civil Action No. 07 CV 9730 (RPP)

**DECLARATION OF**
**JONATHAN B. BRUNO**

       Jonathan B. Bruno, pursuant to 28 U.S.C. §1746, declares and states under penalty of perjury as follows:

       1.    I am a partner with the firm Kaufman Borgeest & Ryan LLP, attorneys for plaintiff Atticus Management LLC ("plaintiff"). I submit this declaration in support of plaintiff's motion for judgment by default, pursuant to Fed. R. Civ. P. 55(b)(2) and Local Civil Rule 55.2(b), against defendant Jeffery Stone.

       2.    A copy of the clerk's certificate of default is annexed as Exhibit A.

       3.    A copy of the claim to which no response was made (to wit, the complaint) is annexed as Exhibit B.

       4.    A copy of the affidavit of service of the summons and complaint upon Jeffery Stone is annexed as Exhibit C.

5.     Annexed as Exhibit D is the read receipt notification indicating that the email titled "Summons and Complaint re: Atticus Management LLC v. Atticus Investments LLC et al.," containing an attached copy of the summons and complaint, was read by "Jeff Stone, Crescent Fund LLC" on April 28, 2008 at 6:06 a.m. Japan local time.

6.     A proposed form of default judgment is annexed as Exhibit E.

Dated: New York, New York
      April 23, 2008

Respectfully Submitted,

KAUFMAN BORGEEST & RYAN LLP

*/s/ Jonathan Bruno*

By:   Jonathan B. Bruno
Attorney for Plaintiff,
ATTICUS MANAGEMENT LLC
99 Park Avenue, 19th Floor
New York, New York 10016
(212) 980-9600
File No.: 125.001