```
From: Origin ID: JRAA  (212) 980-9600
Milli Shah
KAUFMAN BORGEEST and RYAN
99 Park Ave
19th Floor
New York, NY 10016
UNITED STATES
```



CLS120707/21:24

SHIP TO: 01810366578839      BILL SENDER

**Jeffery Stone**

**262 Kamiosaki Shinagaua-Ku**

**Tokyo, 1410021**
JP



```
Ship Date: 20MAR08
ActWgt: 1 LB
System#: 8303698/INET8011
Account#: S *********        TotWgt: 1 LB

REF: 125.001
DESC-1: Conference Reports
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: .00 USD
CUSTOMS VALUE: 550.00 USD
T/C: S 216522176         D/T: S 216522176
SIGN: Milli Shah
EIN/VAT:
```

TRK# 0430  7992 9302 6615      INTL PRIORITY     PM

**X6 MYEA**

1410021
-JP
NRT



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

---

**Shipping Label: Your shipment is complete This shipping label constitutes the air waybill for this shipment.**
1. Use the "Print" feature from your browser to send this page to your laser or inkjet printer. Fold the printed page along the horizontal line.
2. Place 2 originals of the shipping label in the pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained in or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com

3875 Airways Boulevard
Memphis, TN 38116-4634
Telephone 800 463 3339
Fax 901 397 0200

# FedEx

Via Facsimile 212-980-9291

March 24, 2008

Ms. Milli Shah
Kaufman, Borgeest and Ryan
99 Park Avenue
19th Floor
New York, NY 10016

Dear Ms. Shah:

I am writing in reference to your March 20, 2008 shipment that traveled on tracking number 799293026615.

According to our records, we were unable to completed delivery of this shipment, as it was refused by your recipient on March 24. We have, however, noted your request for the shipment to be abandoned at the destination location and not returned. Our dedicated trace specialists will follow up with you regarding the disposition.

Ms. Shah, I would like to take this opportunity to thank you for choosing FedEx, and we regret that circumstances precluded us from completing delivery.

We value your patronage and certainly look forward to our continued business association.

Sincerely,

Eric B. Payne
Customer Correspondent
Customer Relations Department

ebp/doc341266

Track Shipments/FedEx Kinko's Orders
# Detailed Results

| | | |
|---|---|---|
| **Tracking number** 799293026615 | **Reference** | 125.001 |
| **Ship date** Mar 20, 2008 | **Destination** | TOKYO JP |
| | **Service type** | Priority Envelope |
| | **Weight** | 0.7 lbs. |
| **Status** At FedEx destination | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Mar 27, 2008 | 11:01 AM | **At local FedEx facility** | TOKYO-KOTO-KU JP | |
| Mar 26, 2008 | 11:10 AM | At local FedEx facility | TOKYO-KOTO-KU JP | |
| Mar 25, 2008 | 11:40 AM | At local FedEx facility | TOKYO-KOTO-KU JP | |
| Mar 24, 2008 | 7:32 PM | At local FedEx facility | TOKYO-KOTO-KU JP | |
| | 11:41 AM | Delivery exception | TOKYO-KOTO-KU JP | Refused by recipient |
| | 8:16 AM | On FedEx vehicle for delivery | TOKYO-KOTO-KU JP | |
| Mar 22, 2008 | 3:13 PM | Shipment exception | TOKYO-KOTO-KU JP | Held, cleared regulatory agency(s) after air departed |
| | 3:13 PM | At local FedEx facility | TOKYO-KOTO-KU JP | |
| | 3:08 PM | In transit | TOKYO-KOTO-KU JP | |
| | 3:08 PM | Int'l shipment release | TOKYO-KOTO-KU JP | |
| | 1:47 AM | Left origin | NEW YORK, NY | |
| | 2:39 PM | In transit | TOKYO-KOTO-KU JP | Package available for clearance |
| | 1:50 PM | In transit | TOKYO-KOTO-KU JP | |
| | 1:01 PM | In transit | NARITA-SHI JP | |
| Mar 21, 2008 | 2:43 AM | Departed FedEx location | MEMPHIS, TN | |
| | 2:39 AM | In transit | MEMPHIS, TN | |
| | 12:27 AM | Departed FedEx location | NEWARK, NJ | |
| Mar 20, 2008 | 9:59 PM | Left origin | NEW YORK, NY | |
| | 4:15 PM | Picked up | NEW YORK, NY | |
| | 10:56 AM | Package data transmitted to FedEx | | |

E-mail results    Track more shipments/o

Subscribe to tracking updates (optional)

Your name: [        ]        Your e-mail address: [        ]

| E-mail address | Language | Exception updates |
|---|---|---|
| [        ] | English | ☐ |
| [        ] | English | ☐ |
| [        ] | English | ☐ |