UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ATTICUS MANAGEMENT LLC,

                Plaintiff,

   -against-

ATTICUS INVESTMENTS LLC,
CRESCENT FUND, LLC, JEFFERY STONE
and JANETTE DILLER STONE

                Defendants.
-----------------------------------------------------------------X

Civil Action No. 07 CV 9730 (RPP)

**JUDGMENT BY DEFAULT**
**AGAINST JEFFERY STONE**

Upon the motion for default judgment of Plaintiff Atticus Management LLC and the *[and defendant Jeffrey Stone having refused service by Federal Express in Tokyo on March 24, 2008,]* supporting declaration of Jonathan B. Bruno and memorandum of law, all dated April 23, 2008, it is hereby ORDERED, that judgment be entered under Fed R. Civ. P. 55(b)(2) and Local Civil Rule 55.2(b), against defendant Jeffery Stone, in the form of a permanent injunction restraining defendants from engaging in any activities in the fields of investment management and/or finance under the name "Atticus" in violation of the Lanham Act, state trademark and unfair competition law and common law and such other and further relief as this Court deems just and proper.

SO ORDERED:

Date: May 21, 2008

                                               Hon. Robert P. Patterson

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

*HANDWRITTEN INSERT READS:*

*and defendant Jeffrey Stone having refused service by Federal Express in Tokyo on March 24, 2008,*